IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYNNE R. PARKER,<br><br>    Defendant. | 4:23CR3082<br><br>**ORDER** |

Upon conferring with counsel,

IT IS ORDERED:

1.  The above-entitled case is scheduled for a jury trial before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, to begin **Monday, May 20, 2024**, **at 9:00 a.m**., or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

2.  Expert witness disclosures as required under Rule 16 must be served on or before May 10, 2024.

3.  With the parties' consent the time between today's date and May 20, 2024 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 15th day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge