IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3082 |
| vs. | ORDER |
| CAROLYNNE R. PARKER, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to appoint counsel (filing 50). The Court finds that the defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 50) is granted.

2. Justin B. Kalemkiarian is appointed pursuant to the Criminal Justice Act as attorney of record for the above-named defendant in this matter and shall file an appearance in her capacity as appointed counsel.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel

attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska.

Dated this 14th day of August, 2024.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge