IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 4:23-CR-3082 |
| CAROLYNNE R. PARKER, | |
| Defendant. | |

For the reasons stated in the accompanying memorandum and order, the defendant's motion to vacate under 28 U.S.C. § 2255 (filing 82) is denied.

Dated this 8th day of October, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge